1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   GABRIEL VERA
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )  No. MAG 12-181-CKD
                                 )
12            Plaintiff,         )
                                 )  STIPULATION AND ORDER
13      v.                       )
                                 )
14 GABRIEL VERA,                 )  Date: August 8, 2013
                                 )  Time: 9:30 a.m.
15            Defendant.         )  Judge: Hon. Carolyn K. Delaney
                                 )
16 _____ )

17

18     IT IS HEREBY STIPULATED between the parties through their

19 respective counsel, BARBARA BORKOWSKI, Special Assistant United States

20 Attorney, and LINDA C. HARTER, Chief Assistant Federal Defender,

21 attorney for GABRIEL VERA, that the Court vacate the control date on

22 July 11, 2013 at 9:30 a.m. and set a new control date on August 8, 2013

23 at 9:30 a.m.  The parties also request that probation be extended

24 through the new court date.

25 //

26 //

27

28

Defense counsel has spoken with Mr. Vera, who has requested additional time to complete his community service hours and provide proof of completion.

Dated: July 10, 2013

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Rachelle Barbour
LINDA C. HARTER
Assistant Federal Defender
Attorney for Defendant
GABRIEL VERA

Dated: July 10, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Barbara Borkowski
BARBARA BORKOWSKI
Special Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: July 10, 2013

/s/Carolyn K. Delaney
CAROLYN K. DELANEY
United States Magistrate Judge