UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-MJ-00181-CKD |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING REQUEST TO WITHDRAW |
| v. | ) | ABSTRACT |
| | ) | |
| GABRIEL R. VERA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

**ORDER**

It is hereby ordered that the abstract issued on December 12, 2013, in the above-captioned case is RECALLED.

Dated:   March 23, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

United States v. Gabriel R. Vera